FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

June 2, 2022

No. 04-22-00217-CV

**IN THE INTEREST OF Z.R.F.M., Z.T.P., Z.R.N.R., AND Z.J.A.P.,** Children

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2021PA00613
Honorable Susan D. Reed, Judge Presiding

**O R D E R**

After we granted Appellant Mom's first motion for an extension of time to file the brief, Mom's brief was due on May 31, 2022. *See* TEX. R. APP. P. 38.6(a). On the due date, Mom moved for a seven-day extension of time to file her brief.

Appellant Mom's motion is granted. Her brief is due on June 7, 2022.

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of June, 2022.



MICHAEL A. CRUZ, Clerk of Court